# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BOART LONGYEAR COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL E.W.P., INC., et al.,<br><br>Defendants. | 2:11-CV-2106 JCM (RJJ) |

### ORDER

Presently before the court is defendant National EWP Inc.'s counter motion to dismiss. (Doc. #8). After defendant filed its counter motion to dismiss, plaintiff Boart Longyear Inc. filed an amended complaint as a matter of course. (Doc. #15).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant National EWP Inc.'s counter motion to dismiss (doc. #8) be, and the same hereby is, DENIED as moot.

DATED April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**