UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| BOART LONGYEAR, INC., | ) | |
| Plaintiff, | ) | 2:11-cv-2106-JCM-RJJ |
| vs. | ) | |
| NATIONAL EWP, INC., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on Plaintiff's Motion to Extend Time to Serve Summons and Complaint on Defendants (#20).

The Court having reviewed the Motion (#20) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to Serve Summons and Complaint on Defendants (#20) is **GRANTED.** Plaintiff is granted an additional 60 days, to and including August 28, 2012, to complete service of individual defendants.

DATED this __28th__ day of June, 2012.

                                                                                  _____
                                                                                  ROBERT J. JOHNSTON
                                                                                  United States Magistrate Judge