PETER C. BERNHARD
Nevada Bar No. 734
LISA J. ZASTROW
Nevada Bar No. 9727
ANTHONY J. CELESTE, ESQ.
Nevada Bar No. 8776
KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone: (702) 792-7000
Fax: (702) 796-7181
pbernhard@kcnvlaw.com
lzastrow@kcnvlaw.com
acelete@kcnvlaw.com
**Attorneys for Defendant**
**NATIONAL EWP, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOART LONGYEAR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL EWP, INC.; SEAN ARCHIBALD; CRAIG BOWSER; JEFF FERGUSON; ZACH McMILLAN; JACOB MULBERRY; EZRA SCHILLING; and CORY SPENCER, <br><br> Defendants. | Case No. 2:11-cv-02106-JCM-RJJ <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff BOART LONGYEAR, INC.'s Motion For Preliminary Injunction having come before the Court, the Honorable Judge James C. Mahan presiding, on June 14, 2012 at 10:30 a.m. in Courtroom 6A, Plaintiff BOART LONGYEAR, INC. being represented by Bruce C. Young, Esq. and Noel E. Eidsmore, Esq. of the law firm Littler Mendelson (hereinafter "Plaintiff") and Defendant NATIONAL EWP, INC. being represented by Lisa J. Zastrow, Esq. and Anthony J. Celeste, Esq. of the law firm Kaempfer Crowell Renshaw Gronauer & Fiorentino (hereinafter

1  "Defendant"), the Court having considered the pleadings and papers on file in this matter, the
2  arguments of counsel, and otherwise finding good cause, rules as follows:
3      IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff is unlikely to
4  succeed on the merits of its First Amended Complaint and therefore the Motion For Preliminary
5  Injunction is hereby denied.
6      IT IS SO ORDERED.
7      DATED July 5, 2012.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

11  Respectfully submitted by

12  KAEMPFER CROWELL RENSHAW
    GRONAUER & FIORENTINO

14  /s/ Lisa J. Zastrow
    PETER C. BERNHARD (Nevada Bar No. 734)
15  LISA J. ZASTROW (Nevada Bar No. 9727)
    ANTHONY J. CELESTE (Nevada Bar No. 8776)
16  8345 West Sunset Road, Suite 250
    Las Vegas, Nevada  89113
17  **Attorneys for Defendant**
    **NATIONAL EWP, INC.**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of June, 2012, I electronically filed the foregoing **ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** using the court's CM/ECF system which will send notification to the parties and/or counsel in this matter.

/s/ Vickie Campbell
an employee of
Kaempfer Crowell Renshaw Gronauer & Fiorentino